Chunli Yao
22482 Princeton Pl
Castro Valley, CA 94552
(510)432-8636
(815)333-1298(Fax)
Chunli.yao@gmail.com(Email)
Plaintiff
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chunli Yao**<br><br>Plaintiff,<br><br>vs.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security(DHS); **Emilio T. Gonzalez**, Director of the U.S. Citizenship and Immigration Services(USCIS); **Christina Poulos**, Director of California Service Center of USCIS; **Robert S. Mueller III**, Director of Federal Bureau of Investigation(FBI); **Michael Mukasey**, Attorney General of the United States<br><br>Defendants. | Case No.: C08-01772 JSW<br><br>PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT UNDER 28 U.S.C. § 1361<br><br>**Immigration Case** |

**INTRODUCTION**

1.  This action is brought against the Defendants to compel action on the clearly delayed processing of an N-400 Application for Naturalization filed by the Plaintiff, Chunli Yao about 23 months ago. The application was filed and remains within the jurisdiction of the Defendants, who have improperly delayed and withheld action on this application to Plaintiff's detriment.

**PARTIES**

2.  Plaintiff, Chunli Yao is a lawful permanent resident of the United States, currently residing in Castro Valley, California. He is the beneficiary of the N-400, Application for Naturalization to become a U.S. Citizen, filed with the USCIS (California Service Center, Laguna Niguel) on April 27, 2006.

3.  Defendant, Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with the enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland

Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant, Emilio T. Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g) (2) (ii) (B).

5. Defendant, Christina Poulos is the Director of California Service Center of U.S. Citizenship and Immigration Services. In her capacity as the Director of California Service Center, USCIS, Ms. Poulos is responsible for the administration of immigration benefits and services including the processing of naturalization applications. As such, she has decision-making authority over the matters alleged in this Complaint.

6. Defendant, Robert S. Mueller III is the Director of Federal Bureau of Investigation. Mr. Mueller III is responsible for the administration of background check services requested by USCIS. As such, he has decision-making authority over the matters alleged in this Complaint.

7. Defendant, Michael Mukasey is the Attorney General of the United States. Pursuant, *inter alia*, to 8 U.S.C. § 1103,

he is charged with controlling determination of all issues of law pertaining to immigration and with representing the United States of America in various legal matters.

**JURISDICTION**

8. This Court has subject matter jurisdiction over this action under 5 U.S.C. § 1361 (Mandamus Act), and 28 U.S.C. § 1331 (federal question jurisdiction), and 5 U.S.C. § 501, 701 et seq. (Administrative Procedure Act "APA"). Relief is requested pursuant to these statutes.

**VENUE**

9. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

**EXHAUSTION OF REMEDIES**

10. Plaintiff has exhausted his administrative remedies.

**CAUSE OF ACTION**

11. Plaintiff properly filed an N-400, Application for Naturalization to become a U.S. Citizen, with the USCIS. The N-400 application, and the $400 filing fee were received by the California Service Center (CSC) on April 27, 2006 **(EXHIBIT 1)**.

12. In May, 2006, Plaintiff appeared at a scheduled appointment to have his fingerprints taken. Since that

date, nothing has happened. Plaintiff has not been interviewed in connection with his case.

13. On February 16, 2007, Plaintiff made an INFOPASS appointment and paid a visit to USCIS San Francisco District Office to inquire his stalled N-400 **(EXHIBIT 2)**. The Plaintiff was told by the immigration officer that his case was pending due to FBI name checks.

14. On February 16, 2007, Plaintiff wrote to Congresswoman Barbara Lee to request assistance with his stalled N-400 and FBI name check. On July 13, 2007, Congresswoman Lee replied and forwarded the response dated June 27, 2007 from William L. Hooton, Assistant Director of Records Management Division of the FBI. In the response, Mr Hooton stated that Plaintiff's Name Check was still in pending status **(EXHIBIT 3)**.

15. On November 16, 2007, upon Plaintiff's request, April Chan, the Congressional Aide for Congresswoman Barbara Lee, sent request for status update to Ms. Monterey Rowe, the Office of Congressional Relations, USCIS (**EXHIBIT 4)**.

16. On February 19, 2008. Plaintiff wrote to Vice President Cheney for assistance with his pending N-400 application. On March 28, 2008, Plaintiff received a response dated March 20, 2008 from Annette V. Speaks, Acting Director of Customer Assistance Office of USCIS. In the response, Ms. Speaks stated that Plaintiff's case had been delayed

because the required background investigation was still in progress **(EXHIBIT 5)**.

17. On March 6, 2008, Plaintiff contacted the USCIS, inquiring about his stalled N-400. In the response dated March 11, 2008, Plaintiff was informed that his case was delayed, as the required background investigation remained open **(EXHIBIT 6)**.

18. On March 24, upon Plaintiff's request, Congresswoman Barbara Lee's Congressional Aide April Chan sent the second inquiry to the Office of Congressional Relations, USCIS. ON March 25, 2008, The Office of Congressional Relations replied back. In the response, it stated that the Plaintiff's case was still pending due to FBI name checks **(EXHIBIT 7)**.

19. The Defendants' actions have gone well beyond the expected 7 months processing time for the application of Naturalization (see San Francisco District Office processing dates posted on March 24, 2008)**(EXHIBIT 8)**.

20. It has been 23 months since Plaintiff submitted his N-400 case with USCIS on April 27, 2006.

21. Defendants have failed to adhere to their own processing times and procedures.

22. Plaintiff has submitted sufficient information to the USCIS for it to complete adjudication of his N-400 application.

23. On May 15, 2006, Defendants requested that the FBI
    conduct a name check for Plaintiff's N-400 case.

24. But for the pending name checking, Plaintiff would
    receive adjudication for his N-400 application.

25. Defendants' refusal to act on this application is, as a
    matter of law, arbitrary and not in accordance with the
    law. Defendants unreasonably have delayed in and have
    refused to adjudicate Plaintiff's Naturalization
    application for almost two years, from the date of
    filing, thereby depriving him of the right to a decision
    on his application and the peace of mind to which
    Plaintiff is entitled.

26. Plaintiff has been damaged by the failure of Defendants
    to act in accord to their duties under the law.

    a.  Plaintiff has an MS degree in Computer Science and
        obtained his green card through an employment based
        sponsor. His skills are quite valuable to US
        companies, yet he is limited to his job
        opportunities because he is not a US Citizen. Also,
        Plaintiff works for a large US Telecommunication
        company which has many projects under the contracts
        with US government (such as Department of Defense).
        Many of those projects in Plaintiff's company
        require US Citizenship due to the nature of the
        work.

b.   Plaintiff has been further damaged in that he is unable to obtain the rights and privileges enjoyed as citizens of the United States such as the ease of travel abroad and the right to vote.

27.  Defendants, in violation of 28 U.S.C. § 1361, have failed to complete the processing of Plaintiff's N-400, a duty delegated to them by law. A writ of mandamus is appropriate when a plaintiff has "no alternative [or] adequate remedy" and the defendant owes him a "clear non-discretionary duty." Id.; see Heckler v. Ringer, 466 U.S. 602, 616-17 (1984).

28.  Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 701 et seq., are unlawfully withholding action on Plaintiff's case, have unreasonably delayed action on Plaintiff's Naturalization Application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

29.  By failing to render timely decision on Plaintiff's application, Defendants have violated the APA and this constitutes agency action that is arbitrary and capricious, and not in accordance with law. The Court of Appeals for DC Circuit noted that while "[t]here is no per se rule as to how long is too long to wait for agency action … a reasonable time for agency action is typically counted in weeks or months, not years". *In re American*

*Rivers and Idaho Rivers*, 372 F.3d 413, 415 (D.C. Cir. 2004). The delay in this instant case is not judicially unmanageable as the USCIS failed to achieve a concrete goal - "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b). This Court has power under 5 U.S.C. § 706(1) to compel agency to perform "action unlawfully withheld or unreasonably delayed".

30. This same District Court has concluded a similar case that petitioner has a clear right to have his Naturalization Application adjudicated within a reasonable period of time. *Mortezapour vs. Chertoff*, 2007 WL 4287363 (N.D.Cal. Dec 05, 2007)).

**PRAYER**

31. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear and that, upon due consideration, the Court enter an order:

    a.   Assuming jurisdiction over the cause;

    b.   Compelling Defendants and those acting under them to complete adjudication of Plaintiff's N-400 Application within a reasonable time;

    c.   Granting costs of court.

d.    Granting such other and further relief this Court

deems just and appropriate.

Dated this 1st day of April, 2008          Respectfully Submitted,

Chunli Yao
Plaintiff

**LIST OF ATTACHMENTS**

1. Copy of receipt notice for N-400.
2. Copy of INFOPASS appointment confirmation.
3. Letter from FBI forwarded by Congresswoman Barbara Lee, June 27, 2007.
4. Copy of email sent to the Office of Congressional Relations, USCIS by Congresswoman Barbara Lee's aide, November 16, 2007.
5. Letter from Customer Assistance Office, USCIS, March 20, 2008.
6. Letter from USCIS, March 11, 2008
7. Copy of email from the Office of Congressional Relations, USCIS forwarded by Congresswoman Barbara Lee's aide.
8. San Francisco District Processing dates report, posted February 15, 2008.

# EXHIBIT ONE



Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>May 09, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400 Application For Naturalization | | | INS A#<br>A 072 530 584 |
| APPLICATION NUMBER<br>WSC*001502180 | RECEIVED DATE<br>April 27, 2006 | PRIORITY DATE<br>April 27, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

CHUNLI YAO
22482 PRINCETON PL
CASTRO VALLEY CA 94552

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $400.00 |
| Total Amount Received: | $400.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth: [redacted]
Address Where You Live: 22482 PRINCETON PL
CASTRO VALLEY CA 94552

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833.**

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001610863



# EXHIBIT TWO



INFOPASS
Your e-Ticket to Immigration Information.

**Name:** Chunli Yao
**Appointment Type:** Speak to immigration officer
**Confirmation No.:** SFR-07-5524
**Authentication Code:** 1732b
**Appointment Date:** February 16, 2007
**Appointment Time:** 7:45 AM

**Location:** 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

## This is your Confirmation Number:

*SFR-07-5524*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:

## *55330*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.**

# EXHIBIT THREE



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

June 27, 2007

Honorable Barbara Lee
Member of Congress
Suite 1000N
1301 Clay Street
Oakland, CA 94612

Dear Congresswoman Lee:

I am responding to your March 12, 2007, letter to our Office of Congressional Affairs, concerning Mr. Chunli Yao's name check status for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning Mr. Yao revealed that his request was received from the United States Citizenship and Immigration Services on May 15, 2006, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, Mr. Yao may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.

Sincerely,

William L. Hooton

William L. Hooton
Assistant Director
Records Management Division

# EXHIBIT FOUR



Print - Close Window

**Subject:** FW: Status Check

**Date:** Fri, 16 Nov 2007 18:50:13 -0500

**From:** "Chan, April" <april.chan@mail.house.gov>

**To:** yaoc@yahoo.com

Dear Mr. Yao,

Here is a copy of the email submitted. I'll keep my fingers crossed hoping to get a response soon.

Thanks!!

April Chan

---

**From:** Chan, April
**Sent:** Friday, November 16, 2007 3:57 PM
**Subject:** Status Check

Hi Ms. Rowe,

I'm hoping to get a status update on a constituent:

Name: Chunli Yao

Receipt: WSC*001502180

Any information you can provide would be greatly appreciated.

April Chan

Congressional Aide

Office of Congresswoman Barbara Lee

1301 Clay Street, 1000N

Oakland, CA 94612

510-763-0370 (phone)

510-763-6538 (fax)

HYPERLINK "http://lee.house.gov" http://lee.house.gov

****The information in this message is the property of the United States Congress, confidential, and intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. Violators are subject to all penalties as allowed by Federal law. If you have received this communication in error, please immediately reply to the sender.*

# EXHIBIT FIVE

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Domestic Operations Directorate
Washington, DC 20529

HQCIS 181/48.2.1-C

MAR 20 2008

Mr. Chunli Yao
22482 Princeton Place
Castro Valley, CA 94552

Dear Mr. Yao:

Thank you for your letter dated February 19, 2008, to Vice President Cheney concerning the status of your Form N-400, Application for Naturalization. Vice President Cheney's office forwarded your letter to the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) for a response. We have assigned it case # 759617.

We regret the length of time it has taken to process your application. We have researched your case to determine the status of your Form N-400. Our records reflect that the processing of your case has been delayed because the required investigation into your background is still in process. Until the background investigation is completed, we cannot move forward on your case.

Please understand that these background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Attached you will find two enclosures with detailed information regarding why the process exists, how it works, as well as the circumstances when the process can be expedited.

While an exact date for completion of your background check cannot be given at this time, we will make every effort to make a decision on this case as soon as the background checks are completed.

We appreciate your continued patience. If you need additional assistance or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust that this information is helpful.

Sincerely,

Annette V. Speaks

Annette V. Speaks, Acting Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures: Fact Sheet, Immigration Security Checks- How and Why the Process Works
USCIS Update, USCIS Clarifies Criteria To Expedite FBI Name Check

VP254175

# EXHIBIT SIX

**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco,CA 94111

Tuesday, March 11, 2008

CHUNLI YAO
22482 PRINCETON PLACE
CASTRO VALLEY CA 94552

Dear Chunli Yao:

On 03/06/2008 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 04/27/2006 |
| **Receipt #:** | WSC*001502180 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A072530584 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT SEVEN

YAHOO! MAIL Classic

Print - Close Window

**Subject:** FW: Chunli Yao; WSC*001502180

**Date:** Tue, 25 Mar 2008 16:47:32 -0400

**From:** "Chan, April" <april.chan@mail.house.gov>

**To:** yaoc@yahoo.com

---

**Sent:** Tuesday, March 25, 2008 1:13 PM
**To:** Chan, April
**Subject:** FW: Chunli Yao; WSC*001502180

Hello April
The naturalization application for Mr. Yao is currently pending FBI name checks. Upon receiving the results from the FBI, the case will resume processing. We hope this information is helpful.
Thank you

US Citizenship & Immigration Services
Office of Congressional Relations, Headquarters
202-272-1941 Phone
202-272-1955 Fax

---

**From:** Rowe, Monterey
**Sent:** Tuesday, March 25, 2008 2:36 PM
**To:** 'Chan, April'; Quach, Lan A
**Subject:** RE: Chunli Yao; WSC*001502180

Lonnie, please provide April the status of the above case.

Thank you,
Monti

**From:** Chan, April [mailto:april.chan@mail.house.gov]
**Sent:** Monday, March 24, 2008 6:53 PM
**Subject:** Chunli Yao; WSC*001502180

Hello Ms. Rowe,

I sent an inquiry to you on Friday, 11/16/07 regarding the person named above. Since that time, I have been out of the office for a couple of months and I got a new computer. Several emails were deleted and I could not find a response, although there may have been one. I was hoping you could please run a check on the above named person again. Sorry if you are duplicating your effort. Thanks so much!!

April Chan

Congressional Aide

Office of Congresswoman Barbara Lee

1301 Clay Street, 1000N

Oakland, CA 94612

510-763-0370 (phone)

510-763-6538 (fax)

http://lee.house.gov

****The information in this message is the property of the United States Congress, confidential, and intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. Violators are subject to all penalties as allowed by Federal law. If you have received this communication in error, please immediately reply to the sender.*

# EXHIBIT EIGHT





U.S Citizenship and Immigration Services - Case Status Service Online https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=69

U.S. Citizenship
and Immigration
Services

Home Contact Us Site Map FAQ

Search

Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room

Print This Page | Back

# U.S. Citizenship and Immigration Services
# San Francisco CA Processing Dates
# Posted February 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 14-16 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Francisco CA** Posted February 15, 2008

| | | |
|---|---|---|
| **I-131** | Application for Travel Documents | November 17, 2007 |
| **I-485** | Application to Register Permanent Residence or Adjust Status | August 19, 2007 |
| **I-600** | Petition to Classify Orphan as an Immédiate Relative | November 17, 2007 |
| **I-600A** | Application for Advance Processing of Orphan Petition | November 17, 2007 |
| **I-765** | Application for Employment Authorization | November 30, 2007 |
| **N-400** | Application for Naturalization | July 20, 2007 |
| **N-600** | Application for Certification of Citizenship | September 03, 2007 |

Print This Page | Back

1 of 2 3/24/2008 11:16 PM

**03-25-2008 02:16 AM EDT**

Home Contact Us Privacy Policy Website Policies NoFEAR Freedom Of Information Act FirstGov

U.S. Department of Homeland Security