United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHUNLI YAO,

    Petitioner,

    v.

MICHAEL CHERTOFF, et al.

    Defendants.

No. C 08-01772 JSW

**ORDER TO SHOW CAUSE**

On April 2, 2008, Petitioner has filed a complaint seeking a writ of mandamus under 28 U.S.C. § 1361. The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Defendants shall file responsive papers to the complaint by May 16, 2008. Plaintiff may file a reply by May 30, 2008. Plaintiff shall serve this Order on Defendants and file a proof of such service with the Court by no later than April 16, 2006.

IT IS FURTHER ORDERED that a hearing on the petition will be conducted on June 27, 2008 at 9:00 a.m.

It is FURTHER ORDERED that Plaintiff's motion to have this case designated as an e-filing case is HEREBY GRANTED. This case is hereby designated for the Court's Electronic Case Filing (ECF) Program. Pursuant to General Order 45, each attorney of record or pro se party is obligated to become an ECF user and be assigned a user ID and password for access to the system. All documents required to be filed with the Clerk shall be filed electronically on the ECF website, except as provided otherwise in section VII of General Order 45 or authorized otherwise by the Court. (Instructions for creating PDF files can be found in the tutorial at the

1  Court's ECF website – www.ecf.cand.uscourts.gov.)  All documents not previously e-filed in
2  this matter must be e-filed by no later than April 16, 2008.
3      **IT IS SO ORDERED.**
4  Dated:  April 9, 2008

                JEFFREY S. WHITE
                UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHUNLI YAO,

        Plaintiff,

  v.

MICHAEL CHERTOFF et al,

        Defendant.

Case Number: CV08-01772 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chunli Yao
22482 Princeton Pl
Castro Valley, CA 94552

Dated: April 9, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk