IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHUNLI YAO,

    Plaintiff,

v.

MICHAEL CHERTOFF, et al.

    Defendants.

No. C 08-01772 JSW

**ORDER RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On June 5, 2008, Plaintiff filed a motion for summary judgment and noticed the motion for a hearing on July 11, 2008, the date on which the Court is set to address the Order to Show Cause why Plaintiff's Petition for Mandamus should not be granted.

Pursuant to Northern District Local Rule 7-2(a), "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for a hearing *not less than 35 days after service of the motion.*" Plaintiff's motion is not in compliance with this rule. Accordingly, Plaintiff is HEREBY ORDERED to re-notice the motion for an open hearing date on this Court's calendar in accordance with Civil Local Rule 7-2(a).

**IT IS SO ORDERED.**

Dated: June 6, 2008

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE