**FILED**
JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHUNLI YAO,

    Petitioner,

    v.

MICHAEL CHERTOFF, et al.

    Defendants.

No. C 08-01772 JSW

**ORDER VACATING SHOW CAUSE HEARING AND SETTING CASE MANAGEMENT CONFERENCE**

This matter is currently set for a hearing on July 11, 2008, on Plaintiff's Petition for Writ of Mandamus. The Court HEREBY VACATES the show cause hearing. The parties shall appear at the initial case management conference scheduled for **July 25, 2008 at 1:30 p.m.** At that conference, the parties shall be prepared to address proceeding under the provisions set forth in Northern District General Order, No. 61, which was adopted on June 17, 2008. A copy of General Order No. 61 is available on the Court's website.

**IT IS SO ORDERED.**

Dated: June 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHUNLI YAO,

    Plaintiff,

v.

MICHAEL CHERTOFF et al,

    Defendant.

Case Number: CV08-01772 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chunli Yao
22482 Princeton Pl
Castro Valley, CA 94552

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk