1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7124
6      FAX: (415) 436-7169

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 CHUNLI YAO,                          )    No. C 08-1772 JSW
                                        )
12                 Plaintiff,           )
                                        )    **STIPULATION TO DISMISS AND**
13       v.                             )    **[PROPOSED] ORDER**
                                        )
14 MICHAEL CHERTOFF, Secretary of the   )
   Department of Homeland Security (DHS);)
15 *et al.*,                            )
                                        )
16                 Defendants.          )
                                        )
17 _____

18      Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

19 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

20 prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated

21 Plaintiff's application for naturalization on August 14, 2008.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Stipulation to Dismiss
C 08-1772 JSW

Each of the parties shall bear their own costs and fees.

Date: August 15, 2008                             Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney


                                                  _____/s/_____
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants


                                                  _____/s/_____
Date: August 14, 2008                             YAO CHUNLI
                                                  *Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 18, 2008
                                                  _____
                                                  JEFFREY S. WHITE
                                                  United States District Judge

Stipulation to Dismiss
C 08-1772 JSW                        2